UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CEDRIC IVORY,
215509

        Petitioner,

v.

        CASE NO. 04-CV-71279-DT
        HONORABLE VICTORIA A. ROBERTS

ANDREW JACKSON,

        Respondent.
_____/

### ORDER DENYING MOTION FOR RECONSIDERATION

This matter is before the Court on Petitioner's motion for reconsideration concerning the Court's denial of his motion for relief from judgment brought pursuant to Federal Rule of Civil Procedure 60(b) arising from the Court's denial of his petition for a writ of habeas corpus in 2005. The United States Court of Appeals for the Sixth Circuit affirmed the Court's denial of the petition. *See Ivory v. Jackson*, 508 F.3d 284 (6th Cir. 2007). In his motion, Petitioner essentially claims that the Court erred in denying relief from judgment. However, a motion for reconsideration which presents issues already ruled upon by the court, either expressly or by reasonable implication, will not be granted. *See Hence v. Smith*, 49 F. Supp. 2d 547, 550 (E.D. Mich. 1999); *Czajkowski v. Tindall & Assoc., P.C.*, 967 F. Supp. 951, 952 (E.D. Mich. 1997). Petitioner has not met his burden of showing a palpable defect by which the Court has been misled or his burden of showing that a different disposition must result from a correction thereof, as required by Local Rule 7.1(h)(3). Simply stated, Petitioner has not shown that the Court erred in denying his habeas petition or in denying his motion for relief from judgment. Accordingly, the Court **DENIES** his motion for reconsideration. This case remains closed. No further

pleadings should be filed in this matter.

   **IT IS SO ORDERED**.


                S/Victoria A. Roberts
                Victoria A. Roberts
                United States District Judge

Dated: January 26, 2012

---

The undersigned certifies that a copy of this document was served on the attorneys of record and Cedric Ivory by electronic means or U.S. Mail on January 26, 2012.

s/Carol A. Pinegar
Deputy Clerk

---